FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JESUS ALCAZAR,<br><br>        Plaintiff,<br><br>and<br><br>CESAR ROSAS,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>THE CORPORATION OF THE CATHOLIC ARCHBISHOP OF SEATTLE; HORATIO YANEZ,<br><br>        Defendants - Appellees. | No. 09-35003<br><br>D.C. No. 2:06-cv-00281-RSM<br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.